UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Edward Greer,

          Plaintiff,

v.

Denise Wilson,

          Defendant.

Case No. 13-3185 SRN/FLN

ORDER

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 29, 2014, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1. The amended petition for writ of habeas corpus (ECF No. 7) pursuant to 28 U.S.C. § 2241 is **DENIED**;

2. Respondent's motion to dismiss (ECF No. 16) is **GRANTED**; and

3. The action is **DISMISSED WITHOUT PREJUDICE**.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 14, 2015

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Court Judge